UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re:<br>Jeffery Christian,<br><br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 17-03121<br><br>Chapter: 13<br>Honorable LaShonda Hunt |

## ORDER MODIFYING PLAN

THIS CAUSE coming to be heard on the debtor's motion to modify the plan, this Court having jurisdiction over the matter, being duly advised on the premises and due notice having been given to the parties entitled thereto, IT IS HEREBY ORDERED:

1. The Debtor is permitted to keep $1,200 of each year's tax refund beginning with the 2017 refund.

Enter:

*LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: October 15, 2018

**Prepared by:**

Christine Thurston
Thurston Law Firm
208 S. LaSalle, Suite 1410
Chicago, IL 60604
312-818-8008